IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE:    ERN REYNOLDS    )    CASE NO. 09-71964
    )    CHAPTER 7
    Debtor    )

### TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. That funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case.

2. That the bank on which these checks are drawn has been instructed to stop payment on said checks.

3. That the trustee's check, payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

4. The trustee had indicated the name, address, and amount due the creditor below.

**William H. Dickson, M.D., P.C. (Claim 13)**
**C/O Greenberg Law Firm**
**P.O. Box 240**
**Roanoke, VA 24002**
**Amount of Check: $127.63**

Dated: June 21, 2011    /s/ Charles R. Allen, Jr.
    Charles R. Allen, Jr.

| | | | |
|---|---|---|---|
| **THE BANK OF NEW YORK MELLON**<br>500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262 | | **VOID AFTER 90 DAYS** | **112**<br>60-249 / 433 |

| Case | Debtor |
|---|---|
| 09-71964 WSR<br>92005304303566<br>unclaimed funds | REYNOLDS, ERN |

TID #660070
CHARLES R. ALLEN
120 CHURCH AVE, SW,
SUITE 200
ROANOKE VA 24011

Date    06/21/2011          $ **********127.63

~~~One Hundred Twenty-Seven Dollars and 63/100

Pay to the Order of  Clerk
U.S. Bankruptcy Court
210 Church Avenue, S.W., 2nd Floor
Roanoke VA 24011

CHARLES R. ALLEN, Trustee

⑈000112⑈ ⑆043302493⑆ 92005304303566⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

ENDORSE CHECK HERE
X
_____
_____
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE
X
_____
_____
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE
X
_____
_____
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT